UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER,<br><br>         Plaintiff,<br><br>    v.<br><br>STEVE WHITE,<br><br>         Defendant. | Case No. 2:21-cv-00388-JDP (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE |

Plaintiff, a county inmate proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an *in forma pauperis affidavit* or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1]  *See* 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the required fees totaling $402.00.

The revised *in forma pauperis* application form includes a section that must be completed by a prison official, which must be accompanied by a certified copy of the prisoner's inmate trust account statement for the six-month period immediately preceding the filing of this action.

---

[1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an application to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $402.00. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

IT IS SO ORDERED.

Dated: __April 6, 2021__          _____
                                   JEREMY D. PETERSON
                                   UNITED STATES MAGISTRATE JUDGE