1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      MARTIN LEE FOSTER,                        Case No.  2:21-cv-00388-JDP (PC)

12                    Plaintiff,                  ORDER DIRECTING PLAINTIFF TO
                                                  SUBMIT A COMPLETE IN FORMA
13            v.                                  PAUPERIS APPLICATION AND INMATE
                                                  TRUST ACCOUNT STATEMENT
14      STEVE WHITE,

15                    Defendant.

16

17           Plaintiff, a county inmate proceeding without counsel, has filed a civil rights action

18      pursuant to 42 U.S.C. § 1983.  On April 7, 2021, plaintiff was directed to either pay the filing fee

19      or submit an application to proceed *in forma pauperis*.  Plaintiff has submitted a request for leave

20      to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  However, the certificate portion of

21      the request, which must be completed by plaintiff's institution of incarceration, has not been filled

22      out.  Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six-

23      month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2).

24      Plaintiff will be provided the opportunity to submit a completed *in forma pauperis* application

25      and a certified copy in support of his application.

26           In accordance with the above, it is hereby ORDERED that:

27           1.  Plaintiff's motion to proceed *in forma pauperis*, ECF Nos. 7 & 8, is denied without

28      prejudice.

1

1    2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

2   Forma Pauperis By a Prisoner.

3    3.  Plaintiff shall submit, within thirty days from the date of this order, a completed

4   affidavit in support of his request to proceed *in forma pauperis* on the form provided by the Clerk

5   of Court.

6    4.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of

7   his inmate trust account statement for the six-month period immediately preceding the filing of

8   the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that

9   this action be dismissed without prejudice.

10

11  IT IS SO ORDERED.

12

Dated:    April 26, 2021

13                                                          JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28